JS-6

NICHOLAS W. SARRIS, Bar No. 242011
JML LAW, a Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
Telephone: 818.610.8800
Email: nsarris@jmllaw.com;
stephen@jmllaw.com

Attorneys for Plaintiff
SHAHEED RICHARDSON

JAMIE Y. LEE, Bar No. 228389
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Ste. 800
Irvine, CA 92612
Telephone: 949.705.3000
Email: Jylee@littler.com

Attorneys for Defendant
INTERSTATE HOTELS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHEED RICHARDSON, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTERSTATE HOTELS, LLC, a Delaware Limited Liability Company dba The Westin Bonaventure Hotel and Suites; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21 cv 09315 SK<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41 (A)(1)**<br><br><br>Complaint Filed: November 2, 2021<br>Trial Date: None set |

1

ORDER RE: JOINT STIPULATION OF DISMISSAL

1
2
3
4       Pursuant to the Stipulation submitted concurrently hereto and good cause appearing therefore, the Court hereby orders this case dismissed with prejudice as to Plaintiff Shaheed Richardson's Complaint, as to all named defendants, with each party to bear their own attorneys' fees and costs.

5
6  Dated: January 4, 2023                         _____
7                                                           HON. STEVE KIM
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28